# Abdul K. Hassan, Esq.
## Attorney and Counselor at Law
215-28 Hillside Avenue, Queens Village, New York 11427
Phone: 718-740-1000 Fax: 718-355-9668 Email: abdul@abdulhassan.com

**Via ECF**

**August 9, 2013**

Hon. Raymond Dearie, USDJ
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201
Tel: (718) 613-2430
Fax: (718) 613-2437

**Re: <u>Pranab Mallick v. CVS Albany, L.L.C., a/k/a CVS Pharmacy</u>**
**Civil Action #: 12-CV-5386 (RJD)(CLP)**
**Status and Request for Reinstatement**

Dear Judge Dearie:

      I represent plaintiff in the above-referenced case and respectfully write regarding this Court's June 14, 2013 order with a right to reinstate if settlement is not consummated. The parties are finalizing the language in the settlement agreement and we anticipate execution of the agreement very soon. As such, this is a request to reinstate the case but the court need not act on it at this point in light of the anticipated execution of the settlement agreement. We will promptly notify the court if further action is needed.

Yours truly,

_____/s/ Abdul K. Hassan_____
**Abdul K. Hassan, Esq. (AH6510)**
*Counsel for Plaintiff*
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000
Fax: 718-355-9668